STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
RUSSELL HAMLETT, DEFENDANT-PETITIONER.

*Mr. George R. Sommer* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM BRADFORD, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Marlin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JARVIS ROBINSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Elliot L. Katz* for the respondent.

September 15, 1969. Denied.